UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WPC III, INC. d/b/a WINTER PARK CONSTRUCTION COMPANY<br>      Plaintiff | CIVIL ACTION |
| VERSUS | No. 11-2920 |
| BENETECH, L.L.C., WILLIAM J. BENNETT, WILLIAM AARON BENNETT, JAMES E. BOOK, MARTHA RUSSELL BENNETT, HB ENTERTAINMENT, L.L.C., DEVIL'S PLAYGROUND, L.L.C., AND CARNIVALE PRODUCTIONS, L.L.C.<br>      Defendants. | SECTION "E" |

**ORDER**

Before the Court are several motions filed by Defendants Benetech, LLC, William J. Bennett, and James E. Book (collectively the "Benetech Defendants"): (1) the Benetech Defendants' Motion to Continue Hearing on Application for Preliminary and Permanent Injunction,[1] (2) the Benetech Defendants' Motion to Expedite the Hearing Date on its Motion to Continue,[2] and (3) the Benetech Defendants' Motion to Expedite the Hearing Date on their two pending Motions to Dismiss.[3]

**IT IS ORDERED** that the Benetech Defendants' Motion to Continue Hearing on Plaintiff's Application for Preliminary and Permanent Injunction be and hereby is **GRANTED**. The Court's Case Manager will conduct a telephone status conference with the parties on May 3,

---

[1] R. Doc. 107.

[2] R. Doc. 108.

[3] R. Doc. 114.

2012 at 11:00 a.m. for the purpose of picking a new hearing date on Plaintiff's Application for Preliminary and Permanent Injunction.  By earlier order of the Court,[4] a Temporary Restraining Order is in effect in this matter until the rescheduled date of the hearing on the Preliminary and Permanent Injunction.  Accordingly, **IT IS FURTHER ORDERED** that the Benetech Defendants' Motion to Expedite the Hearing Date on its Motion to Continue Hearing on Plaintiff's Application for Preliminary and Permanent Injunction be and hereby is **DISMISSED AS MOOT.**

    **IT IS FURTHER ORDERED** that the Benetech Defendants' Motion to Expedite the Hearing Date on their pending Motions to Dismiss be and hereby is DENIED.  The submission dates for the motions remain in effect as scheduled.

    **Signed, New Orleans, Louisiana, this 27th day of April, 2012.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

---

[4] *See* R. Doc. 60.